◼ In the Matter of WILLIAM GRIMES et al., Respondents, v CATHY GRIMES, Appellant, et al., Respondent. [704 NYS2d 520] —Appeal from an order of the Family Court of Otsego County (Coccoma, J.), entered June 23, 1998, which granted petitioners' application, in a proceeding pursuant to Family Court Act article 6, for visitation with their grandchildren.

Order affirmed, upon the opinion of Judge Michael V. Coccoma.

Cardona, P. J., Peters, Carpinello, Graffeo and Mugglin, JJ., concur. Ordered that the order is affirmed, without costs.

◼ In the Matter of JORGE RIOS, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. [704 NYS2d 895] —Appeal from a judgment of the Supreme Court (Cobb, J.), entered June 8, 1999 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition for lack of personal jurisdiction.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a determination of respondent denying him parole. Supreme Court dismissed the proceeding on the ground of lack of personal jurisdiction. Since petitioner failed to serve respondent and the Attorney General in accordance with the directive set forth in the amended order to show cause, the petition was properly dismissed (see, Matter of Seifert v Selsky, 260 AD2d 823) and we are precluded from addressing the merits of the petition.

Cardona, P. J., Peters, Spain, Carpinello and Mugglin, JJ., concur. Ordered that the judgment is affirmed, without costs.